# Attachment 1

David E. Weslow
202.719.7525
dweslow@wiley.law



Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

March 25, 2024

**BY EMAIL**

Cloudflare
Attn: Justin Paine, DMCA Agent
101 Townsend Street
Legal Department
San Francisco, CA 94107
abuse@cloudflare.com

Re:  Notice of Copyright Infringement

Dear Sir or Madam:

We are counsel to Tamaris (Gibraltar) Limited ("Tamaris"), operating as Pragmatic Play International Ltd ("Pragmatic Play"). This letter is a notification and request concerning the unauthorized use of Tamaris's intellectual property being displayed by the domain name gitloginx.com for which Cloudflare appears to be providing registration services.

Tamaris and its related companies own all rights in the copyright protected content, photographs, text, images, graphics, animations, and software code associated with the PragmaticPlay gaming software applications. Tamaris is also the exclusive assignee of the PRAGMATICPLAY and PPGAMES trademarks, which are covered by U.S. Federal Trademark Registration Nos. 6848492, 6890979, 7307616, and 7186621, in addition to numerous other federal trademarks related to its online games, which are covered by U.S. Federal Trademark Registration Nos. 7256467 (RISE OF GIZA POWERNUDGE), 7184110 (GEMS BONANZA), 7256466 (GATES OF OLYMPUS), 7184109 (GEMS BONANZA), 7184111 (JOKER'S JEWELS), 7202940 (PANDA'S FORTUNE), 7256465 (GATES OF OLYMPUS), 7184107 (JOHN HUNTER AND THE TOMB OF THE SCARAB QUEEN), 7184108 (AZTEC GEMS), 7202941 (PANDA'S FORTUNE), 7202939 (AZTEC GEMS), and 7184112 (JOKER'S JEWELS).

It has been brought to Tamaris's attention that the website located at gitloginx.com has been distributing unauthorized copies of Tamaris's various gaming software applications. Screenshots of the gitloginx.com site compared with Tamaris's legitimate Pragmatic Play site are provided below:

gitloginx.com



March 25, 2024
Page 2



Legitimate PragmaticPlay Site





We are formally notifying you of your customer's copyright infringing misconduct and requesting that you disable registration services in connection with the gitloginx.com domain name pursuant

wiley.law

March 25, 2024
Page 3

to the Digital Millennium Copyright Act, 17 U.S.C. § 512. With express notice that a customer is misusing your services to conduct activities in violation of the law, and presumably in violation of your Terms of Service, we expect that you are able to make a reasonable determination to deny further services for the gitloginx.com domain name.

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. To the best of my knowledge, and under penalty of perjury, the information contained in this letter is accurate and I am authorized to act on behalf of Tamaris, owner of the infringed exclusive rights described above.

If you have any questions concerning the foregoing, please do not hesitate to contact me.

Sincerely,

David E. Weslow
*Counsel for Tamaris (Gibraltar) Limited*